UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Willie Quinones

Vs.

UNITED STATES OF AMERICA

**LEAVE TO FILE GRANTED**
*Tanya S. Chutkan*
**1/31/25**

I am Respectfully submitting this Motion Letter to Advise the courts that in July of 2020. (DKT 46 and 47). I requested for Assistance in Raising Claim for a 28 U.S.C 2255. It was docketed (DKT 46). I never recieved Counsel as approved by Judge T.S. Chutkan (DKT 47.) I have been notified via mail that I had a lawyer and They Withdrew my 2255 with out my Knowledge. I again ask the courts to please appoint me counsel so that I may File my 28 U.S.C 2255 and I am also requesting for Counsel for a Compassionate Release. Respectfully Submitted

* Can I please have a Copy of my most Recent Docket Sheet Please

RECEIVED Mail Room
JAN 27 2025
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Willie Quinones  W.Q
75876-007
U.S.P Big Sandy
P.O BOX 2068
Inez, Ky 41224